1  CENTER FOR DISABILITY ACCESS
2  Chris Carson, Esq., SBN 280048
   Dennis Price, Esq., SBN 279082
3  Amanda Seabock, SBN 289900
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385
5  (888) 422-5191 fax
6  amandas@potterhandy.com
   Attorneys for Plaintiff
7
   BRUCE A. NEILSON (SBN: 096952)
8  bneilsonlaw@gmail.com
9  7108 N. Fresno Suite 410
   Fresno, California 93720
10 Telephone: (559) 432-9831
   Facsimile: (559) 432-1837
11 Attorney for Defendants
12 Rakks Inc., Hoshiar S. Sodhi
   and Bulldog Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　Plaintiff,<br><br>　v.<br><br>HOSHIAR S. SODHI; RAKKS Inc., a California Corporation; BULLDOG CORPORATION, a California Corporation; and Does 1-10,<br><br>　　Defendants. | Case No.: 5:20-CV-08313-SVK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

Joint Stipulation for Dismissal                     Case: 5:20-CV-08313-SVK

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed without prejudice as to all parties; subject to either party reopening the action if settlement is not consummated within 60 days upon good cause shown from the filing date of this Dismissal.

Dated: December 27, 2021        CENTER FOR DISABILITY ACCESS

                                            By:   /s/Amanda Seabock
                                                 Amanda Seabock
                                                 Attorneys for Plaintiff

Dated: December 27, 2021

                                            By:   /s/Bruce A. Neilson
                                                 Bruce A. Neilson
                                                 Attorney for Defendant
                                                 Rakks Inc., Hoshiar S. Sodhi
                                                 and Bulldog Corporation

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Bruce A. Neilson, counsel for Rakks Inc., Hoshiar S. Sodhi and Bulldog Corporation, respectively, and that I have obtained Bruce A. Neilson authorization to affix his electronic signature to this document.

Dated: December 27, 2021          CENTER FOR DISABILITY ACCESS

              By:   /s/Amanda Seabock
                Amanda Seabock
                Attorneys for Plaintiff