CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

BRUCE A. NEILSON (SBN: 096952)
bneilsonlaw@gmail.com
7108 N. Fresno Suite 410
Fresno, California 93720
Telephone: (559) 432-9831
Facsimile: (559) 432-1837
Attorney for Defendants
Rakks Inc., Hoshiar S. Sodhi
and Bulldog Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>HOSHIAR S. SODHI; RAKKS Inc., a California Corporation; BULLDOG CORPORATION, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 5:20-CV-08313-SVK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: January 18, 2022          CENTER FOR DISABILITY ACCESS

                                                  By:   /s/Amanda Seabock
                                                     Amanda Seabock
                                                     Attorneys for Plaintiff

Dated: January 18, 2022

                                                  By:   /s/Bruce A. Neilson
                                                   Bruce A. Neilson
                                                   Attorney for Defendant
                                                   Rakks Inc., Hoshiar S. Sodhi
                                                   and Bulldog Corporation

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Bruce A. Neilson, counsel for Rakks Inc., Hoshiar S. Sodhi and Bulldog Corporation, respectively, and that I have obtained Bruce A. Neilson authorization to affix his electronic signature to this document.

Dated: January 18, 2022         CENTER FOR DISABILITY ACCESS

                                       By:   /s/Amanda Seabock
                                            Amanda Seabock
                                            Attorneys for Plaintiff